IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>VENOCO, LLC, et al.,<br><br>        Debtors. | ) Chapter 11<br>) Bk. No. 17-10828(KG)<br>) BAP No. 19-4<br>)<br>)<br>) |
| STATE OF CALIFORNIA and<br>CALIFORNIA STATE LANDS<br>COMMISSION,<br><br>        Appellants,<br><br>v.<br><br>EUGENE DAVIS, in his capacity as<br>Liquidating Trustee of the Venoco<br>Liquidating Trust,<br><br>        Appellee. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 19-463-CFC<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

At Wilmington this 9th day of May, 2019, having received a recommendation from Magistrate Judge Christopher Burke that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellants' brief in support of the appeal is due on or before **June 10, 2019.**

2. Appellee's brief in opposition to the appeal is due on or before **July 10, 2019.**

3. Appellants' reply brief is due on or before **July 25, 2019.**

_____
United States District Judge